IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: | Harris-Muhammad, Demetriuis | Case Number: 07 B 22026 |
|---|---|---|
|  | Muhammad, Yolanda | Judge: Wedoff, Eugene R |
|  | Printed: 5/6/08 | Filed: 11/23/07 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Dismissed: March 20, 2008
Confirmed: None

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 960.00 |  |
| Secured: |  | 908.16 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 0.00 |
| Trustee Fee: |  | 51.84 |
| Other Funds: |  | 0.00 |
| Totals: | 960.00 | 960.00 |

## DISBURSEMENT DETAIL

|  | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Starks & Boyd PC | Administrative | 2,974.00 | 0.00 |
| 2. | Countrywide Home Loans Inc. | Secured | 0.00 | 0.00 |
| 3. | Consumer Portfolio Services | Secured | 9,425.00 | 908.16 |
| 4. | Countrywide Home Loans Inc. | Secured | 19,851.48 | 0.00 |
| 5. | Nicor Gas | Unsecured | 189.59 | 0.00 |
| 6. | LA Weightloss | Unsecured | 34.90 | 0.00 |
| 7. | Jefferson Capital Systems LLC | Unsecured | 94.98 | 0.00 |
| 8. | Jefferson Capital Systems LLC | Unsecured | 12.14 | 0.00 |
| 9. | Consumer Portfolio Services | Unsecured | 1,237.59 | 0.00 |
| 10. | Creditors Collection Bur | Unsecured | 180.12 | 0.00 |
| 11. | Illinois Dept Of Employment Sec | Unsecured | 515.60 | 0.00 |
| 12. | United States Dept Of Education | Priority |  | No Claim Filed |
| 13. | Account Recovery Service | Unsecured |  | No Claim Filed |
| 14. | ACL Inc | Unsecured |  | No Claim Filed |
| 15. | City Of Chicago Dept Of Revenue | Unsecured |  | No Claim Filed |
| 16. | Comcast Cablevision | Unsecured |  | No Claim Filed |
| 17. | Dependon Collections Service | Unsecured |  | No Claim Filed |
| 18. | Family Dental Care Center | Unsecured |  | No Claim Filed |
| 19. | Echo | Unsecured |  | No Claim Filed |
| 20. | Emergency Care Health Organization | Unsecured |  | No Claim Filed |
| 21. | Mutual Hospital Services/Alverno | Unsecured |  | No Claim Filed |
| 22. | IC System Inc | Unsecured |  | No Claim Filed |
| 23. | Associated St James Radiologis | Unsecured |  | No Claim Filed |
| 24. | NCO Financial Systems | Unsecured |  | No Claim Filed |
| 25. | Well Group Health Partners | Unsecured |  | No Claim Filed |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Harris-Muhammad, Demetriuis
Muhammad, Yolanda
Printed: 5/6/08

Case Number: 07 B 22026
Judge: Wedoff, Eugene R
Filed: 11/23/07

| # | Creditor | Type | | Claim |
|---|---|---|---|---|
| 26. | Sprint | Unsecured | | No Claim Filed |
| 27. | QV Inc | Unsecured | | No Claim Filed |
| 28. | Dr Alzein | Unsecured | | No Claim Filed |
| 29. | St James Hospital | Unsecured | | No Claim Filed |
| 30. | Nutrition Clinic | Unsecured | | No Claim Filed |

$ 34,515.40        $ 908.16

### TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 5.4% | 51.84 |

$ 51.84

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

_/s/ Mach_____